UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANYA PERRY, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 1:14-CV-713-MHS |
| CITY OF CONYERS, GEORGIA, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice. The Court APPROVES the settlement agreement, GRANTS the motion, and ORDERS the case DISMISSED WITH PREJUDICE [#5].

IT IS SO ORDERED, this 21 day of April, 2014.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)